IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00550-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PRESTON WRIGHT WEBSTER,
2. DANIEL MARK SCHROEDER,
**3. DAVID INGOT SITUMEANG,** and
4. CHAD MICHAEL STEWART,

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed on behalf of Defendant David Ingot Situmeang in the above matter on February 15, 2006 (Dkt. # 33).  A Change of Plea hearing is set for **March 20, 2006 at 11:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on March 16, 2006.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **<u>The original and one copy</u> of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (***see* **D.C.COLO.LCrR 11.1F.**

IT IS NOTED that the final trial preparation conference, set for February 21, 2006, and the five-day jury trial, set to commence February 27, 2006, remain on this Court's docket <u>with regard to Defendant Chad Michael Stewart only</u>.

DATED: February 15, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge