IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00550-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PRESTON WRIGHT WEBSTER,
2. DANIEL MARK SCHROEDER,
**3. DAVID INGOT SITUMEANG,** and
4. CHAD MICHAEL STEWART,

    Defendants.

---

## ORDER TO RESET SENTENCING DATE

---

    Pursuant to the agreement of counsel for the government and counsel for Defendant Situmeang, the Court ORDERS that the sentencing on behalf of Defendant Situmeang previously scheduled for June 23, 2006 is RESET to **Thursday, July 20, 2006 at 10:00 a.m.**

    DATED: June 26, 2006

                                                                BY THE COURT:

                                                                 *s/ Phillip S. Figa*

                                                                  _____
                                                                  Phillip S. Figa
                                                                  United States District Judge